UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WEST MEDIA PUBLISHING GROUP, INC.,**

      Case No. 22-11966

    **Plaintiff,**

      Hon. Denise Page Hood

v.

**CAPITOL CHRISTIAN MUSIC GROUP,**

    **Defendant.**

_____/

**ORDER MOOTING MOTION TO DISMISS (#18)**
**and CANCELING HEARING**

On August 12, 2024, Defendant filed a Motion to Dismiss. (ECF No. 18) Plaintiff filed an Amended Complaint on September 3, 2024. (ECF No. 21) Because an amended complaint supercedes all prior complaints, Defendant's Motion to Dismiss is rendered moot. "As a general rule, when a plaintiff files an amended complaint, the amended complaint supercedes the original, the latter being treated thereafter as non-existent." *Ramirez v. Collier*, 595 U.S. 411, 423 (2022) (quoting, *Rhodes v. Robinson*, 621 F.3d 1002, 1005 (9th Cir. 2010)). *See, Parry v. Mohawk Motors of Michigan, Inc.,* 239 F.3d 299, 306 (6th Cir. 2000) (When an amended complaint is filed, the new complaint supersedes all previous complaints and controls the case from that point forward.)(citation omitted).

Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss **(ECF No. 18)** is rendered MOOT.  The motion hearing set for October 9, 2024 is CANCELED.

                                                  s/Denise Page Hood  
                                                  DENISE PAGE HOOD  
                                                  United States District Judge

DATED:   October 2, 2024