**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


**WEST MEDIA PUBLISHING GROUP, INC.,**

     **Plaintiff,**

                                 **Case No. 22-11966**
**v.**                             **Honorable Denise Page Hood**

**CAPITOL CHRISTIAN MUSIC GROUP,**

     **Defendant.**

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION (ECF No. 42)**
**and GRANTING MOTION FOR ATTORNEY FEES (ECF No. 33)**


This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation filed July 31, 2025 **(ECF No. 42)** on Defendant Capitol Christian Music Group's Motion for Attorney Fees. **(ECF No. 33)** To date, no Objections have been filed, and the time to file such has passed.

The standard of review by the district court when examining a Report and Recommendation is set forth in 28 U.S.C.§ 636. This Court "shall make a *de novo* determination of those portions of the report or the specified proposed findings or recommendations to which an objection is made." 28 U.S.C. § 636(B)(1)(c). The Court "may accept, reject or modify, in whole or in part, the findings or

recommendations made by the Magistrate." *Id.*  To preserve the right to appeal the Magistrate Judge's recommendation, a party must file Objections to the Report and Recommendation within fourteen (14) days of service of the Report and Recommendation.  Fed. R. Civ. P 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

After review of the Magistrate Judge's Report and Recommendation, the Court finds that the Magistrate Judge's findings and conclusions are correct. Defendant is entitled to attorney fees and costs in defending this action.  The Magistrate Judge will issue a recommendation regarding the reasonable fees and costs to be awarded after reviewing further submissions by the defense.

Accordingly,

IT IS ORDERED that the Report and Recommendation **(ECF No. 42)** is ACCEPTED and ADOPTED as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion for Attorney Fees **(ECF No. 33)** is GRANED.  The Magistrate Judge will recommend the

amount fees and costs to be awarded after reviewing further submissions by Defendant.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:  March 31, 2026